**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DAVID ALLEN YOUNG,

      Plaintiff,

v.                              Case No.:  3:14cv482/MCR/EMT

WELLS FARGO BANK, NA, et al.,

      Defendants.

_____/

**O R D E R**

      This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated July 23, 2015.  (Doc. 16).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.      The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

      2.      This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

      **DONE AND ORDERED** this 28th day of August, 2015.

      s/ *M. Casey Rodgers*

      **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**